```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PLAYWORLD SYSTEMS, INC.        :        CIVIL ACTION
                               :
     v.                        :
                               :
BCI BURKE, LLC                 :        NO. 12-2226
```

ORDER

AND NOW, this 24th day of October, 2013, upon consideration of the parties' epistolary submission of this day informing the Court that they have reached a "settlement agreement in principle", it is hereby ORDERED that:

    1.   Our August 13, 2013 Scheduling Order is VACATED;

    2.   Pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court[1], this action is DISMISSED with prejudice pursuant to agreement of counsel without costs; and

    3.   The Clerk of Court shall CLOSE this case statistically.

                                 BY THE COURT:

                                 /s/ Stewart Dalzell, J.

---

[1] Mindful of the provision of our Local Rules that an order entered pursuant to Rule 41.1(b) "may be vacated, modified, or stricken from the record, for good cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal", we decline to extend the standing deadlines as requested in the parties' epistolary submission.